# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

DANA STOUT,                      )
                                 )
       Plaintiff,          )
                                 )
vs.                              )   Case No. CIV-14-918-M
                                 )
CAROLYN W. COLVIN, Acting        )
Commissioner Social Security     )
Administration,                  )
                                 )
       Defendant.          )

## ORDER

On October 2, 2015, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security Administration ("Acting Commissioner"), denying plaintiff's applications for disability insurance benefits and supplemental security income under the Social Security Act. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by October 22, 2015. Plaintiff has timely filed her objections.

Having carefully reviewed this matter de novo, the Court:

(1)    ADOPTS the Report and Recommendation [docket no. 27] issued by the Magistrate Judge on October 2, 2015, and

(2)    AFFIRMS the decision of the Acting Commissioner.

**IT IS SO ORDERED this 30th day of October, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE